Opinion filed September 19, 2019



**In The**

# Eleventh Court of Appeals

_____

## No. 11-18-00147-CV
_____

## SUPERIOR HOTELS OF WEST TEXAS, LLC, Appellant

## V.

## ACADEMY, LTD., Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 09086-D**

## M E M O R A N D U M   O P I N I O N

Appellant, Superior Hotels of West Texas, LLC, has filed in this court a motion to dismiss its appeal. In the motion, Appellant indicates that it no longer wishes to pursue an appeal in this matter and requests that this court dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

September 19, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.